1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 ROY CUTLIP,                    )   1:99-cv-05778 SMS
                                  )
11              Plaintiff,        )   STIPULATION AND
                                  )   ORDER TO EXTEND
12         v.                     )   TIME
                                  )
13 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
14 Security,                      )
                                  )
15              Defendant.        )
   _____)
16

17      The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from May 16, 2005 to June 22, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: May 13, 2005              /s/ James Hunt Miller
                                      (As authorized via facsimile)
                                      JAMES HUNT MILLER
                                      Attorney for Plaintiff

Dated: May 13, 2005              McGREGOR W. SCOTT
                                      United States Attorney

                                        /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:   May 13, 2005   

                                        /s/ Sandra M. Snyder
                                      THE HONORABLE SANDRA M. SNYDER
                                      United States Magistrate Judge