```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9

10  ROY CUTLIP,                    )   1:99-cv-05778 SMS
                                   )
11              Plaintiff,         )   STIPULATION AND
                                   )   ORDER TO EXTEND
12          v.                     )   TIME
                                   )
13  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
14  Security,                      )
                                   )
15              Defendant.         )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from June 22, 2005 to July 22, 2005.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

This is defendant's second request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: June 23, 2005        /s/ James Hunt Miller
                            (As authorized via facsimile)
                            JAMES HUNT MILLER
                            Attorney for Plaintiff


Dated: June 23, 2005        McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Kristi C. Kapetan
                            KRISTI C. KAPETAN
                            Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated: 6/23/2005

                             /s/ Sandra M. Snyder
                            THE HONORABLE SANDRA M. SNYDER
                            United States Magistrate Judge